# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ANGEL MARTINEZ,
Plaintiff,

v.

MILTON BENITEZ a.ka. El Perro Amarillo

LUIS REDONDO a.k.a La Pauta
Defendants,

Civil Action Number



## COMPLAINT

Plaintiff Private Investigator Angel Martinez ("Plaintiff") brings this Complaint for defamation against Milton Benitez a.k.a El Perro Amarillo, ~~Xiomara Castro a.k.a La Patrona a.k.a La Reyna del Cartel del Triangulo Norte~~ and Luis Redondo a.k.a La Pauta ("Defendants") and states the following:

## JURISDICTION AND VENUE

1. This Court enjoys subject matter jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because the Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000 and in the present case is set at $20,000,000.00

2. This Court enjoys personal jurisdiction over the Defendants because the false and defamatory statements made by Defendants were published in the Country of Honduras, in the States of New York, Florida, California the District of Columbia, and the Plaintiff-target of the defamatory statements was and remains a resident of New York and this is a diversity case.

3. This Court enjoys venue under 28 U.S.C. § 1391(a)(2) because all or a substantial portion of the events that gave rise to Plaintiff's claims transpired in the Southern District of New York, including the publication or republication of the defamatory falsehoods and the damage to Plaintiff's reputation.

## PARTIES

4. Plaintiff, Angel Ramon Martinez, is a private investigator who holds a C license from the State of Florida and author of several books. Private Detective Martinez currently resides in within the jurisdiction of the Southern District of New York where he was retained by the defense of the ex-president of the Republic of Honduras.

5. Defendant Milton Benitez a.k.a. El Perro Amarillo is a citizen of the Republic of Honduras and a member of the Zelaya Drug Cartel of Honduras a Communist Carter allied to el Carter de Los Soles of Nicolas Maduro of Venezuela in charge of organizing, financing, encouraging, aiding and abetting caravans of illegal aliens from Honduras destined to the United States as part of a political and terrorist weapon against the United States of America by the Zelaya Drug Cartel which currently holds power in Honduras and who in the last 90 days has converted that country in a Narco-State directed by the de facto President Mel Zelaya, Benitez is in charge of persecuting United States Citizens and Residents who while living and working in the United States denounces the corruption in that country and uses at his disposal foreign agents assign to the Honduran Diplomatic Corp in the United States to secretly harass, intimidate and threaten them for them exercising their freedom of Speech, he also uses newspapers, YouTube and other Social Media to defame who ever speaks against his bosses Mel Zelaya, Salvador Nasralla and Xiomara Castro.

6. Luis Redondo a.k.a La Pauta is a Honduran Citizen and member of the Zelaya Drug Cartel, who oversees destroying publicly by defaming his victim using as a tool a digital news paper under the name "LA PAUTA" LPH of Honduras.

## STATEMENT OF FACTS

7. On April 26, 2022 defendants created a confederation (Conspiracy) and began threats against Plaintiff utilizing Foreign Agents assigned to the Honduran Consulate General in New York and began their attack to the reputation of Plaintiff Private Detective Angel Ramon Martine by publishing an article in La Pauta or LPH.NEWS under the following link: **https://lph.news/nacionales/muestran-video-de-miembro-del-equipo-de-defensa-de-joh-en-hacienda-de-yani-rosenthal/** alleging in reckless disregard of the truth that Plaintiff Private Detective Angel Ramon Martinez visited a farm in Honduras which the Defendants also alleged belonged to a Honduran Politician Yani Rosenthal and further alleged that an airplane fell in that farm carrying drugs when the truth is that Plaintiff Private Detective Angel Ramon Martinez has never met or know Yani Rosental and has never visited a farm belonging to him and the only travel he has ever made to a farm was a farm which belonged to Oscar Zepeda located in Danli, Honduras for a meat project which Plaintiff was visiting at the request of a Meat Processing Plant in the United States. Mr. Oscar Zepeda hold a United States visa and will be witness to this fact. The news articles read as follow in the English language:

> **They show a video of a member of the JOH defense team at Yani Rosenthal's farm**

Angel Martínez, a controversial Dominican "private investigator" who is dedicated to producing YouTube videos, has received extensive coverage in the Honduran media in recent days.

The alleged detective has assured that the defense of Juan Orlando Hernández hired him to investigate more than 30 witnesses that the New York Prosecutor's Office has against the former president.

However, the journalist and advisory minister of communications to the government, Milton Benítez, warned that Martínez was actually hired as a kind of spy.

According to Benítez, some powerful Hondurans are afraid of being involved in the judicial process of former President Hernández and are using Ángel Martínez to "give them all the information" about the evidence that will be presented prior to JOH's trial.

Milton Benítez also showed a video in which Angel Martínez appears in a farm located on the border between Honduras and Nicaragua, owned by Yani Rosenthal.

This is the Río Coco farm, in the community of San Andrés in the Río Coco, department of Olancho, a property that has belonged to the Rosenthals since 2008.

In 2011, a drug plane fell on that hacienda and the two pilots died. Then the Rosenthals claimed that drug traffickers had invaded their property to carry out illicit activities.

* Charlatan and scammer* Several journalists, both from the Dominican Republic and Honduras, have denounced that the alleged detective Ángel Martínez is really a charlatan who poses as a private investigator.

Martínez, who assures in his videos uploaded to his YouTube channel that he has worked with various agencies in the United States, conducting investigations throughout the American continent, apparently falsifying federal documents to defame Honduran politicians.

Several months ago, the supposed investigator showed documents of an alleged investigation by the United States against the Liberal politician Luis Zelaya, which was later denied by several journalists, including Milton Benítez, who pointed out that after

carrying out an investigation together with his team of El Perro Amarillo, they were able to verify that the information was totally false.

On the other hand, colleagues from the Dominican Republic describe him as a charlatan and claim that he really works as a taxi driver in Miami, Florida.

### COUNT I- DEFAMATION PER SE

8. Plaintiff incorporates by reference into this Count all of the allegations appearing in paragraphs 1-7 appearing in this Complaint.

9. The Statements impute to Plaintiffs a criminal violation of the Foreign Agents Registration Act of 1938 for which, if true, he may be punished by a fine and up to six months imprisonment. The publication and republication of the Statements proximately caused general and special damages to Plaintiff. Defendants knew, anticipated, foresaw, and intended that the Statements would be read by persons throughout the United States and the world and would damage the reputation of the Plaintiff. The Statements have adversely affected Plaintiff's scholarly credibility, speaking, writing, and publishing opportunities, book sales, and caused psychological and emotional trauma and suffering.

### COUNT II-DEFAMATION PER SE

10. Plaintiff incorporates by reference into this Count all of the allegations appearing in paragraphs 1-7 of this Complaint.

11. The Statements, individually and collectively, referred to herein have caused, are causing, and will cause Plaintiff to suffer injury to his professional standing, to his reputation and good name; and, they have held and will continue to hold Plaintiff up to public scandal and ridicule. The Statements were calculated to, and do, expose Plaintiff to public scorn, hatred, and ridicule. By such published Statements, Defendants did injure the Plaintiff's reputation within his professional circles and in the community at large. The publication of the Statements proximately caused general and special damages to the

Plaintiff. The Statements have adversely impacted Plaintiff's scholarly credibility, and opportunities for writing, teaching, speaking, and book sales. The Statements have damaged Plaintiff's professional standing in the academic community. The Statements have proximately caused Plaintiff emotional and psychological trauma and suffering which is continuing.

## PRAYER FOR RELIEF

12. Plaintiff demands judgment against Defendants, jointly and severally, as follows: (i) for compensatory damages in the amount of $5 million ($5,000,000) on Count I and $2 million ($5,000,000) on Count II; (ii) punitive damages in the amount of $5 million ($5,000,000) on Count I and $5 million ($5,000,000) on Count II; (iii) both pre-judgment and post-judgment interest on both Counts; and, (iv) such other and further relief as this Court finds just and equitable.

## JURY TRIAL

Plaintiff demands a jury trial.

Respectfully submitted,

_____
Angel Ramon Martinez
Private Detective
5 Hillel Ct
Monsey, NY 10952

P.O. Box 3371
Dunnellon, FL 34430-3371

352-533-7777
defensajoh@gmail.com